UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| iFinex Inc., | ) |
| | ) |
|       Applicant, | ) |
| v. | ) |
| | )   Case No.: |
| Enterprise Bank & Trust, | ) |
| | ) |
|       Respondent. | ) |

**[PROPOSED] ORDER COMPELLING DISCOVERY
FOR USE IN FOREIGN LITIGATION**

Applicant iFinex Inc.'s *Ex Parte* Application Pursuant To 28 U.S.C § 1782 For An Order Compelling Discovery For Use In A Foreign Litigation, having been considered and found to meet the requirements of 28 U.S.C. § 1782, is hereby GRANTED.  This Court approves Applicant's application for discovery and authorizes Applicant to serve the subpoena on Respondent Enterprise Bank & Trust in the form attached to the Application as Exhibit 1.  The Respondent is compelled to produce the documents detailed in the subpoena on or before July 30, 2020, at Armstrong Teasdale, 7700 Forsyth Blvd., Suite 1800, St. Louis, Missouri 63105.

    IT IS SO ORDERED.


Dated:                      /s/_____.
                              UNITED STATES DISTRICT JUDGE

Exhibit 2