**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**

|                      |   |              |
|----------------------|---|--------------|
|                      | ) |              |
|                      | ) |              |
|                      | ) |              |
| Plaintiff(s),        | ) |              |
|                      | ) |              |
| vs.                  | ) | Case No.     |
|                      | ) |              |
|                      | ) |              |
|                      | ) |              |
| Defendant(s).        | ) |              |

DISCLOSURE OF ORGANIZATIONAL INTERESTS
CERTIFICATE

Pursuant to Local Rule 3-2.09 of the Local Rules of the United States District Court for the Eastern District of Missouri and Federal Rule of Civil Procedure 7.1, Counsel of record for _____ hereby discloses the following organizational interests:

1. If the subject organization is a corporation,

    a. Its parent companies or corporations (if none, state "none"):

    b. Its subsidiaries not wholly owned by the subject corporation (if none, state "none"):

    c. Any publicly held company or corporation that owns ten percent (10%) or more of the subject corporation's stock (if none, state "none"):

2. If the subject organization is a limited liability company or a limited liability partnership, its members and each member's state of citizenship:

                                    _____
                                    Signature (Counsel for Plaintiff/Defendant)
                                    Print Name: _____
                                    Address: _____
                                    City/State/Zip: _____
                                    Phone: _____

<u>Certificate of Service</u>

I hereby certify that a true copy of the foregoing Disclosure of Organizational Interests Certificate was served (by mail, by hand delivery, or by electronic notice) on all parties on: _____, 20_____.

                                    _____
                                    Signature